IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KHESI PILLOWS AND TIFFANY WILSON, <br><br> Plaintiff, <br><br> v. <br><br> COOK COUNTY RECORDER OF DEEDS OFFICE, and COOK COUNTY, <br><br> Defendants. | Case No.: 18-cv-7497 <br><br> Judge Edmond E. Chang <br><br> Magistrate Judge Heather K. McShain |

**Joint Discovery Status Report**

Pursuant to Dkt. No. 64, the parties have conferred and jointly submit this Joint Status Report.

(a) **Progress of Discovery**

The parties confirm that discovery has been completed by the March 15, 2021 deadline.

(b) **Next Step of Litigation**

Plaintiffs intend to issue a settlement demand to Defendant and Plaintiffs are agreeable to a settlement referral to Magistrate Judge McShain. Defendant intends to file a motion for summary judgment and would like the Court to set a briefing schedule. It does not place a high value on this case and, without having received a demand, cannot agree to a referral.

Dated: 3/17/2021

Respectfully Submitted,

s/Jaclyn Diaz
ED FOX & ASSOCIATES, LTD.
300 W Adams St, Ste 330
Chicago, IL 60606
(312) 345-8877
jdiaz@efoxlaw.com
*Attorney for Plaintiffs*

s/ Kathleen C. Ori
Assistant State's Attorney
500 Richard J. Daley Center
Chicago, Illinois 60602
(312) 603-4635
Kathleen.ori@cookcountyil.gov
*Attorney for Defendants*