**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| KHESI PILLOWS and TIFFANY WILSON, | )<br>)<br>) |
| Plaintiffs, | ) No. 18 CV 7497<br>)<br>) |
| v. | )<br>) Judge Edmund E. Chang |
| COOK COUNTY RECORDER OF DEEDS OFFICE and COOK COUNTY, | )<br>)<br>) |
| Defendants. | ) |

## MOTION FOR SUMMARY JUDGMENT

Defendants Cook County Recorder of Deeds Office ("Recorder's Office") and Cook County, as indemnitor, by Kimberly M. Foxx, Cook County State's Attorney, through her assistant Kathleen Ori, move this Honorable Court to enter judgment in their favor pursuant to Rule 56 of the Federal Rules of Civil Procedure. A Memorandum of Law and Local Rule 56.1 Statement of Undisputed Facts with accompanying Exhibits are also being filed.

Respectfully submitted,

KIMBERLY M. FOXX
State's Attorney of Cook County

By: */s/ Kathleen C. Ori*
Kathleen C. Ori
Assistant State's Attorney
Mary Kate Murray, Law Clerk
500 Richard J. Daley Center
Chicago, Illinois 60602
(312) 603-4635
kathleen.ori@cookcountyil.gov