

# KAREN A. YARBROUGH

RECORDER OF DEEDS / REGISTRAR OF TORRENS TITLES
COOK COUNTY, ILLINOIS

September 8, 2016

Attention Chief of Human Resources:

Per the request of the CDR-Giles to identify non-essential functions tied to active positions which can be eliminated with least disruption to operational services, I reviewed the areas in which I manage, Accounting, Purchasing and Database Management-DBM. I also reviewed the respective functions, roles and responsibilities within those units.

In DBM, we have three different functions, Quality Assurance (QA), Real Estate Indexing, and GIS.
However, within REI and QA, each staff person performs the same duties. There is no differentiation in overall responsibility and/or expectation.

Thus, for the entire unit, overall 7 positions exist whose elimination would minimally affect operations:

1. Quality Assurance      Overall 4 positions (Perform same duties)
2. Real Estate Indexer    Overall 2 Positions
3. GIS                    Overall 1 Position (Administrative Assistant II)

In Accounting, we have zero positons which can be eliminated.

In Purchasing, we have one position whose elimination would minimally affect operations:

1. Inventory Control Coordinator

If you have any questions and/or concerns give me a call.

This listing was based upon my understanding of the roles and responsibilities within the unit and the needs of the unit to fulfill our overall office requirements. It is not based on any political factors or matters. Thus, we can discuss further my rationale and understanding to ensure that it is compliance with all policies and plans in which we are governed.

Sincerely,

*Carolyn Wilhight*
Carolyn Wilhight
Deputy Recorder-Finance
cc: DOC, RCA, Labor Counsel